IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01186-LTB-BNB

MARK A. DULOG,

      Plaintiff,

v.

ROBERT KURTZ, Warden,
ARLENE HICKSON, Asst. Warden,
MICHAEL DAVID, Program Director, and
ROBERT COLBURN, Chaplin,

      Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated July 30, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00741-LTB-BNB

Mark A. Dulog
Doc No. 126600
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089


Carla Weldon - CERTIFIED
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089
**SERVICE DOCUMENTS: Robert Kurtz,
Arlene Hickson, Michael David, and
Robert Colburn**

   I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Carla Weldon for service of process on Robert Kurtz, Arlene Hickson, Michael David, and Robert Colburn: COMPLAINT FILED 06/06/07 SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/31/07

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk