IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01186-LTB-BNB

MARK A. DULOG,

Plaintiff,

v.

ROBERT KURTZ, Warden,
ARLENE HICKSON, Asst. Warden,
MICHAEL DAVID, Program Director, and
ROBERT COLBURN, Chaplin,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with my Order to Show Cause [Doc. 18, filed 10/2/2007] which required the plaintiff to show cause why the case should not be dismissed for failure to keep the Court informed of his current address in violation of D.C.COLO.LCivR 10.1M and failure to prosecute.  The plaintiff responded to the Order to Show Cause on October 17, 2007, indicating that he had been transferred seven time since July 10, 2007.  Good cause having been shown:

IT IS ORDERED that the Order to Show Cause is DISCHARGED.

I remind the plaintiff of his obligations under D.C.COLO.LCivR 10.1M, as follows:

> Within ten days after any change of address, e-mail address
> (including any change of e-mail address to be used in the account
> maintenance link in ECF), or telephone number of any attorney or
> pro se party, notice of the new address, e-mail address, or
> telephone number shall be filed.

The plaintiff's continued failure to provide updated addresses as required by the local rule may result in the dismissal of the case.

Dated November 9, 2007.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge