IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01186-LTB-KMT

MARK A. DULOG,

    Plaintiff,

v.

ROBERT KURTZ, Warden,
ARLENE HICKSON, Asst. Warden,
MICHAEL DAVID, Program Director, and
ROBERT COLBURN, Chaplin,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Motion to Vacate Final Pretrial Conference" (#31, filed June 11, 2008) is **GRANTED.** The Final Pretrial Conference set for June 25, 2008 is **VACATED.**

Dated: June 16, 2008