**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01186-LTB-KMT

MARK A. DULOG,

       Plaintiff,

v.

ROBERT KURTZ, Warden,
ARLENE HICKSON, Asst. Warden,
MICHAEL DAVID, Program Director, and
ROBERT COLBURN, Chaplin,

       Defendants.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on June 25, 2008 (Doc 36). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with the Court's order and for failure to prosecute.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: July 18, 2008